ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

    - against -

ZENEYDA PATIN INDIVIDUALLY AND D/B/A
CRAZY LOVE STUDIOS,

                Defendant.

18 Civ. 3914 (LLS)

ORDER

It sufficiently appearing that plaintiff's delays in processing the case were primarily the result of plaintiff's reliance on defendant's assertions that she was too ill to be able to deal with the case, the motion for dismissal is denied.

    So Ordered.

Dated:     New York, New York
           May 5, 2022

                                      *Louis L. Stanton*
                                      LOUIS L. STANTON
                                      U.S.D.J.