**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

-against-                          18 **CIVIL** 3914 (LLS)

## **JUDGMENT**

ZENEYDA PATIN INDIVIDUALLY AND
D/B/A CRAZY LOVE STUDIOS,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated July 7, 2023, the motion is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       July 7, 2023

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                 **BY:**            *K. Mango*

                                                  **Deputy Clerk**